UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jerrick Allison )<br>          Plaintiff(s) )<br> )<br>vs. )<br>Dr. Weissman )<br>Dr. Goulding )<br>Dr. Lester Wright   Defendant(s) )<br> ) | INMATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983<br><br>Civil Case No.: 9: 10-CV-304 |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 16 2010
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Jerrick Allison

   Address: Orleans Correctional Facility
   3531 Gaines Basin Road
   Albion, New York
   14411-9199

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Dr. Weissman
   Official Position: Facility Health Care Director

   Address: Upstate Correctional Facility
   309 Bear Hill Road
   Malone, New York 12953

Form E (2) (a) . 1

b. Defendant: _Dr. Goulding_
   Official Position: _Facility Doctor_
   Address: _Mid-Orange Correctional Facility_
   _900 Kings Highway_
   _Warwick, New York_
   _10990-0900_

c. Defendant: _Dr. Lester Wright_
   Official Position: _Deputy Commissioner / Chief Medical Officer_
   Address: _Department of Correctional Services_
   _The Harriman State Campus_
   _1220 Washington Ave Albany, N.Y. 12226-2050_

Additional Defendants may be added on a separate sheet of paper.

4. **PLACE OF PRESENT CONFINEMENT**

   a. Is there a prisoner grievance procedure at this facility?
   
   (✓) Yes      ( ) No

   b. If your answer to 4(a) is YES, did you present the facts relating to your complaint in this grievance program?
   
   (✓) Yes      ( ) No
   
   If your answer to 4(b) is YES:
   
   (i) What steps did you take?
   _Wrote Nurse's Administrator_
   _Wrote Facility Health Care Director_
   
   (ii) What was the **final** result of your grievance?
   _Denied_

Form E (2) (a) . 2

If your answer to 4(b) is NO:

Why did you choose to not present the facts relating to your complaint in the prison's grievance program?

_____

_____

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

( ) Yes          ( ) No

If your answer to 4(c) is YES:

(i) What steps did you take?

_____

_____

(ii) What was the **final** result regarding your complaint?

_____

_____

If your answer to 4(c) is NO:

Why did you choose to not complain about the facts relating to your complaint in such prison?

_____

_____

## PREVIOUS LAWSUITS

5.

a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

( ) Yes          (X) No

b. If your answer to 5(a) is YES you must describe any and all lawsuits, currently pending or closed, in the space provided on the next page.

Form E (2) (a) . 3

For **EACH** such lawsuit, provide the following information:

    i.    Parties to previous lawsuit:

           Plaintiffs:

           _____

           Defendants:

           _____

    ii.    Court (if federal court, name District; if state court, name County:

           _____

    iii.    Docket number:   _____

    iv.    Name of Judge to whom case was assigned:

           _____

    v.    Disposition (dismissed? on appeal? still pending?)

           _____

    vi.    Approximate date of filing prior lawsuit:

           _____

    vii.    Approximate date of disposition:

           _____

6.                                **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note:** You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary.)

I arrived at O.C.F. 12.14.09 Saw medical staff complaining of pain in hip and knee. Dr. Douglas sent me for MRI on or about 2.13.10 MRI showed serious damage to hip socket, knee and titanium rod broken. He sent me to Orthopedic Doctor at Wende Corr. Fac. 2.25.10 Dr. told me I had severely damaged my hip and needed hip replacement surgery, and the titanium rod in my left leg was broken in several places, and had slipped down into my knee causing the knee pain. I was confined at Lakeview SHU from 10.8.09 until 12.14.09 While at Lakeview I constantly complained of pain in my hip and knee. I wrote Facility Dr. Caisley requesting Orthopedic Visit and evaluation, my request. when unanswered. So, I remained in pain and dealt with it. I was confined at Fishkill SHU from

Form E (2) (a) . 4

9.14.09 complained of pain in my left hip and knee. Saw Dr. Sullivan 10.1.09 she ordered Physical Therapy but I was transferred to Lakeview SHU 10.8.09 Physical Therapy was never started. I arrived at Mid-Orange Corr. Fac. 1.20.09 while there from 1.20.09 until 9.14.09 I've constantly complained of pain in my left hip and knee. I requested on numerous occasions to see an

7.

## CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

I, requested to see Orthopedic, numerous times at Upstate Corr. Fac. Facility Health Care Provider didn't never initiated the proper actions to make that possible. I, constantly complained of pain and the need for medication and Orthopedic Treatment.

### SECOND CAUSE OF ACTION

I, requested to see Orthopedic Doctor while at Mid-Orange Corr. Fac. Dr. Goulding constantly denied this opportunity, and he changed the medication prescribed at Upstate Correctional Facility which worked just fine. I, grieved both issues.

### THIRD CAUSE OF ACTION

I, consistently wrote to Dr. Wright in Albany, asking for his assistance, getting to the Orthopedic Doctor. It appears he didn't intervene to assist me in getting the Orthopedic appointment, at any stage of my complaints.

an Orthopedic Surgeon, the Facility health care Provider Dr. Goulding, constantly told me No, I couldn't see One. They took Numerous X-Rays at Mid-Orange. I went to Green Haven Corr. Fac. to See Podiatrist 7.22.09 he told me again No Orthopedic visit was Necessary. He recommended that I be Prescribed Pain medication which I Never received. Dr. visit at Facility 5.13.09 Dr. Zamalus Issued Pain Medication Dr. Apptmt. 5.1.09 again complained of constant Pain and need to see Orthopedic, request denied. Grieved medical many times on this Same Issue. Dr. Appointment Follow up to X-Rays 4.13.09 Dr. told me Arthiritis was Causing me the pain, I didn't agree with assessment One bit. Filed grievance to get Medical Sneakers from home 4.7.09. Filled grievance On medication denied; filed On 3.18.09 Saw Orthotics On 3.17.09 Fitted for elevated boots, and my Own Personal Sneaker. Dr. Appointment Also On 3.18.09 requested Once again to See Orthopedic, request denied again. Wrote Dr. Wright 3.7.09 Complaining of my Not being able to See Orthopedic Doctor. X-Ray Information returned 3.5.09 Dr. Appointment 2.27.09 again Complaining of Pain in hip and knee. Wrote Dr. Wright 2.4.0? Arrived at Mid-Orange Corr. Facility 1.20.09 From Ulster Corr where we were in transit from upstate Corr. Fac. 1.16.09 Arrived at upstate Corr. Fac 8.15.07 remained there Until 1.16.09 While there I constantly complained of severe pain in my left hip and knee. Filed Numerous grievances there regarding Need to see Orthopedic Doctor, and be issued Pain medication. My requests to see Orthopedic were met with denials, for whatever reasons. Wrote Dr. Wright regarding

(over)

medical Condition and my urgent need to see an Orthopedic Doctor, his reply was to speak with health care Provider, who in turn suggested me to Sick Call. I, took numerous X-Rays at Upstate dates I can't remember. I, wrote Dr. Weissman and Nurses' Administrator requesting to see Orthopedic Doctor, but again my request went unanswered. I, arrived at Upstate Corr. Fac. 8-15-09 from Downstate Corr Fac. Where I came to reception 7.30.09 and stayed there until 8.15.09. The Dr. at Downstate gave me my elevated shoes back, that Doc had taken away. He issued me Pain medication that helped relieve the Pain. I, asked him if I could see an Orthopedic Doctor? He said I could, but, I was transferred to Upstate Correctional Facility before the appointment was made. I, believe if I had been able to see an Orthopedic Doctor from the outset, the damage, Pain and Suffering would have been Minimized Considerably. I, believe hip replacement wouldn't been Necessary and I wouldn't have been in Constant Pain for as long as I've been. A NON UNION OF THE Femur bone should have been a situation, that demanded medical attention, long before Now.

8. Plaintiff(s) demand(s) a trial by (Jury) -or- Court

(Circle only one).

9. PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

That I be Compensated for the Pain and Suffering I was Subjected to, as a result of Not getting to the Orthe Redic Doctor, before the damage to my hip was done. Perform appropriate Surgery, fuse Femur So Non-Union No longer exists, remove broken hardware, lengthen leg Some So I'll be able to walk without aide of Cane or Crutches.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  3.7.10

Mr. Jerrick Allison
Signature of Plaintiff(s)
(all Plaintiffs must sign)

Form E (2) (a) . 6

☆ U.S. GOVERNMENT PRINTING OFFICE: 1997 - 510-722/50003